IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR77 |
| v. | |
| IVAN J. PARKER, | ORDER |
| Defendant. | |

This matter is before the Court on the Petition for Offender Under Supervision ([Filing No. 19](#)) which came on for hearing on August 21, 2014. The United States was represented by Assistant United States Attorney Donald Kleine for Michael P. Norris. The defendant was present and represented by his counsel, Julie Hansen. Defendant admitted Allegation No. 1 of the Petition. The Court accepted the admission and proceeded to disposition.

IT IS ORDERED:

1) The defendant is sentenced to the Bureau of Prisons for a term of 9 months. He shall be given credit for time served.

2) Following his term of imprisonment the defendant shall be placed on supervised release for a term of 36 months under the same terms and conditions as previously imposed in 8:09CR399, and said term of imprisonment and supervised release shall run concurrently with the sentence imposed in case 8:09CR399.

DATED this 22nd day of August, 2014.

BY THE COURT.

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court