IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR77 |
| vs. | ORDER |
| IVAN J. PARKER, | |
| Defendant. | |

On April 2, 2015, the defendant appeared through counsel on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 36). Defendant was present and represented by Julie B. Hansen. Assistant Public Defender. Plaintiff was represented Donald J. Kleine, Assistant United States Attorney. The defendant admitted that Allegations 1 and 2 contained within the Petition are true, and the Court found the defendant to be in violation of conditions of his supervised release. The Court then proceeded to disposition.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant shall be committed to the custody of the Bureau of Prisons for a term of imprisonment of six (6) months, to be served concurrently with case 8:09CR399. Upon completion of his incarceration, there is no supervised release to follow.

2) The defendant shall be given credit for time served from the time of his arrest on the instant Petition.

DATED this 3rd day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20__ to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20___.

UNITED STATES WARDEN

By: _____